UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Jamarv Paremore Hammond, *a/k/a Jamarv P. Hammond*,<br>     Plaintiff,<br>v.<br>Unknown Agent of the United States Marshal #1,<br>Unknown Agent of the United States Marshal #2,<br>     Defendants. | C/A No. 4:20-4298-JFA-TER<br><br>ORDER |

This is a civil action filed *pro se* by Jamarv Paremore Hammond ("Hammond/Plaintiff"). Hammond is currently housed at the U.S.P. Big Sandy in Inez, Kentucky.

It appears that the summonses have been returned executed with service accepted. (ECF Nos. 22-25). The two individuals that have been identified in an *ex parte* sealed status report (ECF No. 27) are directed to file an answer or otherwise respond to the complaint within fifteen days from the date of this order.

IT IS SO ORDERED.

April 20, 2022
Florence, South Carolina

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge